JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DANIEL LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KARRIS PROPERTIES, INC.; MUNIR DAKHIL; ANTWAN GEORGE HUSRI; and DOES 1–10,<br><br>　　　　Defendants. | Case № 2:17-cv-01362-ODW (AGR)<br><br>**ORDER DISMISSING CASE** |

Pursuant to the parties' stipulation (ECF No. 16) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses this case with prejudice. Each party will bear his/her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

May 9, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**